**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GURVINDER SINGH, | No. 08-73382 |
| Petitioner, | Agency No. A096-145-170 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Gurvinder Singh, a native and citizen of India, petitions for review for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen as time-barred because it was filed one year after the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Singh did not demonstrate that equitable tolling was warranted, *see Iturribarria*, 321 F.3d at 897.

Singh's contention that the BIA abused its discretion by failing to consider his claim against Mr. Heera is not supported by the record.

**PETITION FOR REVIEW DENIED**.